Form ntc1213clwd

226 West Second Street
Flint, MI 48502

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **10−30343−dof**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Darrell W. Howe                                   Marilee J. Howe
   P.O. Box 110                                          P.O. Box 110
   Lakeland, MI 48143                         Lakeland, MI 48143

Social Security No.:
   xxx−xx−9093                                          xxx−xx−0181

Employer's Tax I.D. No.:

**NOTICE OF CHAPTER 12 OR 13 CASE CLOSED**

All creditors and parties in interest are notified that the above−captioned case has been closed.

Debtor **Darrell W. Howe**, Disposition: Discharge withheld for the reason(s) indicated below:

Joint Debtor **Marilee J. Howe**, Disposition: Discharge withheld for the reason(s) indicated below:

☐ Failure to File Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has Failed to comply with the Local Form Certification Regarding Domestic Support Obligations.

Dated: 10/15/13

                                                  BY THE COURT

                                                  Katherine B. Gullo , Clerk of Court
                                                  UNITED STATES BANKRUPTCY COURT